# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3284
_____

K.R., Mother of B.B., B.B.,
Minor Children,

    Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

August 8, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

K.R., pro se, Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, and Blake Lynne Bruce, Senior Attorney, Appellate Division, Guardian ad Litem Office, Tallahassee, o/b/o B.B. and B.B.